# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 17, 2010

141255

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
      Plaintiff-Appellant,

v

WILLIAM SMITH and SHERI HARRIS,
      Defendants,

and

SCOTT MIHELSIC and ANDREA MIHELSIC,
      Defendants-Appellees,

and

PIONEER STATE MUTUAL INSURANCE
COMPANY,
      Intervening Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141255
COA: 287505
Kent CC: 07-003903-CK

On order of the Court, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Legislature intended to include the final sentence of MCL 500.3009(2) in the required notice provisions of the insurance documents described in that provision. If the Legislature did not intend the final sentence to be included in the required notice provisions of the relevant insurance documents, the parties should address what effect, if any, this interpretation has on this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 17, 2010

_____
Clerk

p1214